UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,         19-Cr-795 (SHS)

    -v-                                      ORDER

GEURY CRUZ,

        Defendant(s).

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    At the request of the defendant, and with the government's consent,

    IT IS HEREBY ORDERED that defendant's request [Doc. No. 112] to adjourn the teleconference scheduled for today is granted. The teleconference is adjourned to Monday, April 6, at 12:00 p.m.

Dated: New York, New York
       April 3, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.