```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    19-Cr-795 (SHS)

     -v-                                     ORDER

GEURY CRUZ,

                    Defendant(s).
------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S.D.J.

    A teleconference having been held today, with counsel for all parties participating, and defendant's counsel having waived the defendant's appearance,

    IT IS HEREBY ORDERED that for the reasons set forth on the record today, the defendant's motion for reconsideration of bail [Doc. No. 105] is denied.

Dated: New York, New York
      April 6, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.