UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    19-Cr-795 (SHS)

   -v-                                          ORDER

GEURY CRUZ,

                Defendant(s).
------------------------------------------------------------x
SIDNEY H. STEIN, U.S.D.J.

     The Court has considered defense counsel's letter motion dated April 8, 2020 [Doc. No. 119] to reconsider the Court's April 6 Order denying bail for Mr. Cruz [Doc. No. 116], as well as the supplemental information annexed to defense counsel's April 8 letter. Accordingly,

     IT IS HEREBY ORDERED that the Court adheres to its April 6 determination denying bail. The defendant's motion [Doc. No. 119] is denied.

Dated: New York, New York
       April 9, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.