UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-795 (SHS)

    -against-  :

GEURY CRUZ,  :  <u>ORDER</u>

        Defendant(s).  :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that defendant's bail conditions are modified as follows:

1. Home detention with location monitoring at the discretion of the probation officer

2. You are restricted to your residence at all times except for employment; education; religious services; medical, substance use disorder, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; visits to your girlfriend's pre-natal medical appointments, or other activities as preapproved by the probation officer;

3. You shall have no association with co-defendants in this matter;

4. You shall avoid Elliott Avenue in the Bronx;

5. You shall continue taking classes toward obtaining your G.E.D.;

6. All prior conditions shall remain as previously set.

Dated: New York, New York
       March 10, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.