UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,          :       19-Cr-795 (SHS)

       -against-                               :

GEURY CRUZ,                                    :       <u>ORDER</u>

       Defendant(s).          :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A conference held today in connection with defendant's violation of supervised release,

    IT IS HEREBY ORDERED that the Court grants the government's motion for remand. The defendant is remanded to the custody of the U.S. Marshal for the Southern District of New York.

Dated: New York, New York
       June 12, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.